# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DEBORAH MONTGOMERY**                                                      **PLAINTIFF**

**vs.**                       **NO. 4:06CV01715 GTE**

**LIFE INSURANCE COMPANY OF**
**NORTH AMERICA**                                                  **DEFENDANT**

## ORDER OF DISMISSAL

The parties have advised the Court that this case has been fully compromised and settled by the Plaintiff and the Defendant.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that this case be, and it is hereby, dismissed with prejudice.

SO ORDERED this 23rd day of October, 2007.

                                                                                                      /s/ Garnett Thomas Eisele
                                                                               UNITED STATES DISTRICT JUDGE